tificada de la sentencia apelada. Resuelto en diciembre 3,
1912. Con lugar la moción. ˙ Abogado de la parte promo-
vente: *Sr. Luis Llorens Torres*. Abogado de la parte con-
traria: *Sr. Antonio Sarmiento*.

---

No. 922. Rodríguez *v.* Strube et al.—Apelación proce-
dente de la Corte de Distrito de Arecibo. Moción de la parte
apelada para que se desestime la apelación. Resuelto en
diciembre 3, 1912. Desestimada la apelación por incumpli-
miento de los artículos 299 del Código de Enjuiciamiento
Civil, enmendado en marzo 9, 1911, y 40 del Reglamento de
este tribunal. Abogado de la parte promovente: *Sr. E. S.
Payne*. Abogado de la parte contraria: *Sr. José E. Bene-
dicto.*

---

No. 482. El Pueblo *v.* Alonso et al.—Apelación proce-
dente de la Corte de Distrito de Arecibo. Moción del Fiscal
para que continúe el curso de esta apelación. Resuelto en
diciembre 4, 1912. Con lugar la moción. Abogado del Pueblo:
*Charles E. Foote, Fiscal*. Abogado de la parte ,contraria:
*Sr. Herminio Díaz Navarro*.

---

No. 7. In re Benet.—Queja presentada por Agustín Her-
nández Mena contra el abogado José Benet para que se le
suspenda en el ejercicio de su profesión. Resuelto en diciembre
5, 1912. Desestimada la querella presentada a instancia del
Fiscal de este tribunal por carecer de fundamento alguno.
Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 501. El Pueblo *v.* Bulerín.—Apelación procedente
de la Corte de Distrito de San Juan, Sección 2ª. Confirmada
la sentencia apelada. Resuelto en diciembre 11, 1912. Abo-
gado del Pueblo: *Sr. Charles E. Foote, Fiscal*. Abogado del
acusado: *Sr. G. Jiménez Sicardó.*